# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA

### Gainesville Division

CASE NUMBER _1-11-cv-79.SPm/GRJ_

VICTOR MANUEL CELORIO,
*PRO SE Plaintiff,*

*V.*

GOOGLE INC.
A Delaware Corporation, registered in Florida

ON DEMAND BOOKS, LLC.,
A Delaware Corporation

JASON EPSTEIN,
New York Citizen

John Doe 1, John Doe 2. John Doe 3
*Defendants.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

1

**COMPLAINT FOR PATENT INFRINGMENT**

**INJUNCTION RELIEF AND JURY TRIAL REQUESTED**

Plaintiff, VICTOR MANUEL CELORIO, hereby sues the Defendants GOOGLE INC, ON DEMAND BOOKS, LLC, JASON EPSTEIN, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and as grounds therefore alleges as follows:

## PARTIES, JURISDICTION and VENUE

1. Plaintiff VICTOR MANUEL CELORIO GARRIDO, (hereinafter referred to as "**THE INVENTOR**"), is a Florida citizen having his place of residence at 12300 NW 56th Avenue, Gainesville, Florida 32653.

2. "**THE INVENTOR**" is informed and believes, and on that basis alleges, that Defendant Google Inc. (hereinafter referred to as "**GOOGLE**") is a corporation organized and existing under the laws of the state of Delaware and duly registered in the state of Florida, and the address of its agent is 9800 SUNRISE LAKES BLVD 109 SUNRISE LAKES FL 33322.

2

3.  "**THE INVENTOR**" is informed and believes, and on that basis alleges, that Defendant ON DEMAND BOOKS, LLC (hereinafter referred to as "**ODB**") is a corporation organized and existing under the laws of the state of Delaware, duly registered since 2007 in New York State having its main place of business at 584 BROADWAY, SUITE 1100, NEW YORK, NY 10012.

4.  "**THE INVENTOR**" is informed and believes, and on that basis alleges, that Defendant Jason Epstein is a former book editor and present CHAIRMAN of ODB, having its main place of business at 584 BROADWAY, SUITE 1100, NEW YORK, NY 10012.

5.  This Court has subject matter jurisdiction for all counts pursuant to 28 U.S.C. §1338(a) and (b) because this action arises under the patent laws of the United States, Title 35, United States Code, including 35 U.S.C. § 271 *et seq.*

6.  "**THE INVENTOR**", on information and belief and on that basis alleges, that defendant GOOGLE, is registered in the State of Florida to conduct ANY AND ALL LAWFUL business within this State and/or judicial district; has committed a tortious act within this State and/or judicial district, including acts of infringement in coordination and association with defendants ODB and

3

Jason Epstein; and engages in substantial and not isolated activity within this state and/or this judicial district.

7.  GOOGLE is registered in the state of Florida and does business thousands of times per day throughout the state of Florida, therefore proper venue to file this suit may be any district court of the State. Venue is proper in the United States District Court NORTHERN DISTRICT OF FLORIDA under 28 U.S.C. §1331, 28 U.S.C. §§1391(a), (b), (c), and 28 U.S.C. §1400(b).

## FACTS COMMON TO ALL COUNTS

8.  THE INVENTOR is a recognized pioneer in the field of digital printing on demand, having developed software, hardware and commercial enterprises related to that field since the middle of the 1980's. In 1996 THE INVENTOR applied for patents in a very complicated field of the printing business, which is the production of books on demand. He called his invention 'The InstaBook Maker', and the following year he founded a company called InstaBook Corporation in Gainesville, Florida to commercialize his invention.

4

9.  On January 11, 2000, the United States Patent Office duly and legally issued U.S. Patent No. 6,012,890 (the "'890 Patent"), to THE INVENTOR, for an ELECTRONIC BOOKSTORE VENDING MACHINE. The '890 Patent discloses and claims an **apparatus, a method, and a system** for efficiently distributing electronic books to one or many vending machines placed at different locations, and turning those electronic books into paper books printed on-demand and perfect bound at a point of sale. In other words, as the title of the patent makes clear, the patent discloses a vending machine or an ATM type of a machine where a customer can request an electronic (digital) book to be downloaded, printed and bound *in situ* on demand, or request that said book to be sent to one or more specific machines remotely located to be printed and bound.

10. A true and correct copy of the '890 Patent is attached hereto as Exhibit "A". The '890 Patent is valid and enforceable in all its claims.

11. THE INVENTOR is the owner of legal title to the '890 Patent, including the right to bring suit for past, present, and future patent infringement, and to collect past, present, and future damages.

5

12. On information and belief, defendant GOOGLE is in the business of capturing the content of millions of books around the world, among many others businesses, through a method of scanning the pages of each book, capturing the images of the pages and generating a searchable text file of those pages through OCR Omni-Character Recognition software and techniques.

13. Since the year 2009, Defendant GOOGLE makes the text and image content of those books accessible to customers of their website, so that those customers may order electronic or digital books and cause them to be downloaded and printed into one or more of the machines that defendant ODB has sold and/or leased around United States and other parts of the world.

14. On information and belief, since the year 2007 Defendant ODB is in the business of manufacturing and selling an **apparatus** for downloading, printing and binding books at the point of sale. In other words, a vending machine or an ATM type of a machine -just as the one disclose in patent '890- where the customer can request an electronic (digital) book to be downloaded and printed *in situ* on demand. As a matter of fact, the defendant even advertises its apparatus as an "ATM For Books" .

6

15. On information and belief defendant ODB knowingly and willfully provides manufacturing and sales of equipment and book publishing services using an **apparatus,** a **method,** and a **system** for producing books on-demand at a point of sale such as the one disclosed and claimed in the '890 Patent.

16. On information and belief defendant GOOGLE has installed one or more of ODB machines at its offices located in California, and promotes the use of the ODB machines through its Internet service known as Google Books.

17. On information and belief all defendants (GOOGLE *et all*) have been made aware of their infringement through good faith letters that THE INVENTOR sent to them as he became aware of their activities, and in spite of this good faith effort all defendants have continued in their infringement activities of patent '890 without THE INVENTOR permission.

18. All conditions precedent to the institution and maintenance of this action have occurred or have been performed.

## COUNT I

## CONTRIBUTORY INFRINGEMENT
## AGAINST GOOGLE – '890 PATENT

19. THE INVENTOR hereby incorporates and realleges the allegations contained in paragraphs 1 through 18 above.

20. This is a cause of action against GOOGLE for contributory infringement of the '890 Patent, since on information and belief, GOOGLE has conspired with ODB to commit direct infringement directly out of his premises in California and in many other places around the world, and continues to contribute to ODB infringing one or more claims of the ' 890 patent under 35 U.S.C. § 271(c).

21. On information and belief, GOOGLE, through its webservers on the Internet, provides book distribution, and publishing and printing on demand services using **apparatus, methods and systems** disclosed and claimed in the '890 Patent, without the authorization of THE INVENTOR, in violation of 35 U.S.C. § 271(c). Thus, GOOGLE has infringed directly and/or indirectly and continues to infringe directly and/or indirectly at least the following claims included, but not limited to:

8

system claims   54,  55,  56,  57,  58,  59,  62,  63,  64,  65,  66, 67,

method claims  68,  74,  75,  88,  89,  90,  93,  98,  99,  107,  108, 111, 114,

117, 120 of the '890 Patent.

22. On information and belief, GOOGLE offers for sale, sells and/or imports
electronic or digital books that GOOGLE holds in its servers and storage
means, which are then downloaded and produced using **apparatus, methods
and systems** disclosed and claimed in the '890 Patent, without the
authorization of THE INVENTOR, in violation of 35 U.S.C. § 271(g). Thus,
GOOGLE has infringed directly and/or indirectly and continues to infringe
directly and/or indirectly at least the following claims included, but not
limited to:

device claims  1, 2, 5, 6, 7, 9, 10, 12, 13, 14, 33, 34, 37, 38, 39, 40, 41, 42, 46,

47, 48, 52, 53, system claims  15, 16, 17, 18, 19,  54,  55,  56,  57,  58,  59, 60,

61.  62,  63,  64,  65,  66, 67, method claims  20, 21, 22, 25, 26, 27, 29, 30, 68,

69, 70, 73,  74,  75, 76, 80, 81, 82, 86, 87,  88,  89,  90, 93, 96,  97,  98, 99,

100, 102, 105,  106,  107,  108, 109, 111, 114, 115, 116, 120 of the '890

Patent.

23. On information and belief, GOOGLE' acts of contributory infringement are willful since THE INVENTOR sent in 2005 to the CEO, and the founding partners of GOOGLE, good faith letters informing them of the Inventor's patents and machine to print and bind books on demand.

24. On information and belief, GOOGLE is registered in the state of Florida and its agent is located at 9800 SUNRISE LAKES BLVD 109 SUNRISE LAKES FL 33322, thereby giving rise to specific jurisdiction over GOOGLE.

25. The acts of contributory infringement by GOOGLE have damaged and will continue to damage THE INVENTOR, causing irreparable harm, for which there is no adequate remedy at law. Such unlawful acts and damage will continue to occur unless enjoined by this Court.

## COUNT II

## DIRECT INFRINGEMENT

## AGAINST ODB – '890 PATENT

26. THE INVENTOR hereby incorporates and re-alleges the allegations contained in paragraphs 1 through 18 above.

27. This is a cause of action against ODB pursuant to 35 U.S.C. § 271(a) (b) (c) and (g) for direct and indirect infringement of the '890 Patent.

28. On information and belief, ODB has infringed and continues to infringe one or more claims of the '890 Patent. Defendant ODB is in the business of manufacturing and selling an **apparatus** for printing and binding books at the point of sale. In other words, an ATM type of a machine where the customer can request an electronic (digital) book to be downloaded, printed and bound in situ on demand, using **apparatus**, **methods,** and **systems** disclosed and claimed in the '890 Patent, without the authorization of THE INVENTOR, in violation of 35 U.S.C. § 271(a). ODB has infringed and continues to infringe at least the following claims included, but not limited to:

11

device claims  1, 2, 5, 6, 7, 9, 10, 12, 13, 14, 33, 34, 37, 38, 39, 40, 41, 42, 46,

47, 48, 52, 53, system claims  15, 16, 17, 18, 19,  54,  55,  56,  57,  58,  59, 60,

61.  62,  63,  64,  65,  66, 67, method claims  20, 21, 22, 25, 26, 27, 29, 30, 68,

69, 70, 73,  74,  75, 76, 80, 81, 82, 86, 87,  88,  89,  90, 93, 96,  97,  98, 99,

100, 102, 105,  106,  107,  108, 109, 111, 114, 115, 116, 120 of the '890

Patent.

29. On information and belief, ODB manufactures, offers for sale, sells, leases

and/or imports equipment to produce books using apparatus, methods, and

systems disclosed and claimed in the '890 Patent, without the authorization of

THE INVENTOR, in violation of 35 U.S.C. § 271(g).

30. On information and belief, ODB acts of infringement are willful, since THE

INVENTOR sent the company a letter of cease and desist and they have been

fully aware of THE INVENTOR's patents, as proven by their answer to THE

INVENTOR dated 07-10-2006, in which the representation of ODB first

attempts to usurp the function of the FEDERAL COURTS by denying on his

own the validity of the '890 patent and declaring it illegal. Furthermore, in the

same letter the representation of ODB threatens THE INVENTOR with dire

consequences if THE INVENTOR tries to affirm and defend in Federal Court

his legal rights under the Constitution of the United States and all the laws

related to patents. However, by writing that "the vast majority of the claims are invalid", ODB also acknowledges that ODB is infringing in at least one or more of the '890 claims, therefore accepting in writing the infringement.

31. ODB acts of direct infringement have damaged and will continue to damage THE INVENTOR, causing irreparable harm, for which there is no adequate remedy at law. Such unlawful acts and damage will continue to occur unless enjoined by this Court.

## COUNT III

### DIRECT INFRINGEMENT

### AGAINST JASSON EPSTEIN – '890 PATENT

32. THE INVENTOR hereby incorporates and re-alleges the allegations contained in paragraphs 1 through 18 above.

33. This is a cause of action against JASSON EPSTEIN pursuant to 35 U.S.C. § 271(a) (b) (c) and (g) for direct infringement of the '890 Patent.

34. On information and belief, Defendant JASSON EPSTEIN has infringed and continues to infringe one or more claims of the '890 Patent. Defendant JASSON EPSTEIN is in the business of manufacturing and selling an **apparatus** for printing and binding books at the point of sale. In other words, an ATM type of a machine where the customer can request an electronic (digital) book to be downloaded and printed in situ on demand using **apparatus**, **methods,** and **systems** disclosed and claimed in the '890 Patent, without the authorization of THE INVENTOR, in violation of 35 U.S.C. § 271(a). Defendant JASSON EPSTEIN has infringed and continues to infringe at least the following claims included, but not limited to:

14

device claims  1, 2, 5, 6, 7, 9, 10, 12, 13, 14, 33, 34, 37, 38, 39, 40, 41, 42, 46, 47, 48, 52, 53, system claims  15, 16, 17, 18, 19,  54,  55,  56,  57,  58,  59, 60, 61. 62,  63,  64,  65,  66, 67, method claims  20, 21, 22, 25, 26, 27, 29, 30, 68, 69, 70, 73,  74,  75, 76, 80, 81, 82, 86, 87,  88,  89,  90, 93, 96,  97,  98, 99, 100, 102, 105,  106,  107,  108, 109, 111, 114, 115, 116, 120 of the '890 Patent.

35. On information and belief, Defendant JASSON EPSTEIN manufactures, offers for sale, sells, leases and/or imports equipment to produce books using apparatus, methods, and systems disclosed and claimed in the '890 Patent, without the authorization of THE INVENTOR, in violation of 35 U.S.C. § 271(g).

36. On information and belief, JASSON EPSTEIN acts of infringement are willful, since Defendant JASSON EPSTEIN has been fully aware of THE INVENTOR's patents since at least the year 2000, when Defendant Jason Epstein and his partner at that time, Michael Smallens, called THE INVENTOR to his place of business in Gainesville, Florida, and requested him to travel to New York to meet with them under the false pretense that they were interested in the purchase of one hundred of THE INVENTOR's InstaBook Maker Machines.

15

37. ODB acts of direct infringement have damaged and will continue to damage THE INVENTOR, causing irreparable harm, for which there is no adequate remedy at law. Such unlawful acts and damage will continue to occur unless enjoined by this Court.

**PRAYER FOR RELIEF**

THE INVENTOR requests entry of judgment in its favor and against Defendants as follows:

A)    Declaration that Defendants Google Inc., On Demand Books Inc., Jason Epstein, *et all*, have infringed, directly and/or indirectly, U.S. Patent No. 6,012,890.

B)    Permanent injunctive relief enjoining all acts of infringement as provided under 35 U.S.C. § 283;

C)    Compensatory damages as provided under 35 U.S.C. § 284;

D)    Enhancement of damages as provided under 35 U.S.C. § 284;

E)    An award of THE INVENTOR's reasonable attorneys fees and costs as provided under 35 U.S.C. § 285 and Rule 54(d), Fed.R.Civ.P.;

17

F)     An award of prejudgment and post-judgment interest; and

G)     Such other and further relief as the Court deems just, fair and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a trial by jury.

*DATED this 27th day of April, 2011.*

Respectfully Submitted,

VICTOR MANUEL CELORIO

*PRO SE*

*12300 NW 56th Ave.*

*Gainesville, Fl. 32653*

*Tel. 352 3321311 / 352 8708447*

*email vc@victorcelorio.com*

18

# EXHIBIT A

Case 1:11-cv-00079-SPM -GRJ   Document   Filed   Page 20 of 52

US006012890A

# United States Patent [19]

## Celorio Garrido

[11] **Patent Number:** **6,012,890**

[45] **Date of Patent:** **Jan. 11, 2000**

[54] **ELECTRONIC BOOKSTORE VENDING MACHINE**

[75] Inventor: **Victor Manuel Celorio Garrido,** Gainesville, Fla.

[73] Assignee: **InstaBook Corporation,** Gainesville, Fla.

[21] Appl. No.: **08/943,175**

[22] Filed: **Oct. 3, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/028,068, Oct. 4, 1996.

[51] **Int. Cl.**[7] ............................. **B41F 13/54**; B42C 19/00
[52] **U.S. Cl.** ........................ **412/19**; 270/1.02; 270/1.03; 270/21.1; 412/4; 412/8; 412/16; 412/32
[58] **Field of Search** ................................. 270/1.02, 1.03, 270/21.1; 412/4, 8, 16, 19, 32

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,093,396 | 6/1963 | Segreto | ...................................... 281/21 |
| 3,982,744 | 9/1976 | Kraynak et al. . | |

| | | | |
|---|---|---|---|
| 4,839,829 | 6/1989 | Freedman | ................................ 364/519 |
| 5,213,461 | 5/1993 | Kalisher . | |
| 5,240,362 | 8/1993 | Nakayama et al. | ...................... 412/18 |

*Primary Examiner*—Willmon Fridie, Jr.
*Assistant Examiner*—Mark T. Henderson
*Attorney, Agent, or Firm*—Saliwanchik, Lloyd & Saliwanchik

[57] **ABSTRACT**

The present invention provides a method and system for producing books on-demand. An electronic bookstore in accordance with the subject invention can receive an electronic text file of a book and then print and bind a copy of the book. A user may browse an electronic catalog, for example over the Internet, and place an order for a book which can be picked up at a conveniently located electronic bookstore shortly after placing the order. The subject invention reduces costs and waste associated with conventional production and distribution of print matter. Advantageously, the subject invention allows books with smaller audiences to be published at a reasonable price. An electronic bookstore in accordance with the subject invention can have access to literally millions of books and can print and bind any selected book in a few minutes.

**120 Claims, 18 Drawing Sheets**





**FIG. 1**



FIG. 2A

FIG. 2B



**FIG. 3**



FIG. 4



**FIG. 5A**



FIG. 5B          FIG. 5C

FIG. 5D          FIG. 5E



**FIG. 6A**

**FIG. 6B**

**FIG. 6C**



FIG. 7A



FIG. 7B



**11**

**12**

FIG. 8A



**33**

FIG. 8B



FIG. 9A



FIG. 9B



**FIG. 10**

12



36

FIG. 11A



36

FIG. 11B



**14**

**15**

FIG. 12A

**37**

**36**

FIG. 12B          **38**



FIG. 13

**U.S. Patent**     Jan. 11, 2000     Sheet 14 of 18     6,012,890



**16**

**39**

**17**

FIG. 14



FIG. 15A

FIG. 15B

FIG. 15C

Case 1:11-cv-00079-SPM -GRJ   Document 1    Filed 04/27/11   Page 36 of 52



FIG. 16

41

42

43



FIG. 17



FIG. 18



FIG. 19

6,012,890

1

# ELECTRONIC BOOKSTORE VENDING MACHINE

## CROSS-REFERENCE TO A RELATED APPLICATION

This application claims the benefit of the filing date of U.S. Provisional application Ser. No. 60/028,068 filed Oct. 4, 1996.

## BACKGROUND OF THE INVENTION

Books were among the firsts articles to be mass produced. The Gutenberg printing press was replaced by the lithography process, and then by offset printing. The goal of these processes and machines was to produce larger runs of, for example, books, magazines, and newspapers. The idea of large runs was central to the way the market developed in the western world: it was imperative to produce large quantities of a single item, so it could be created cheaply enough so as to be distributed all over the world and then sold locally. Mass production was the only way of achieving the goals of low cost, and accessibility through general distribution.

Recent discoveries, however, give us now the possibility of achieving the goals of lower cost and accessibility through a new process which does not involve mass production. Due to the advances in electronic processing of texts, a person can have access to books, magazines, and newspapers, written and edited at a distant location, distributed not by means of paper, but electronically. This newfound capability has prompted many people to suggest that we can do away with paper altogether, and handle all our texts electronically. This has lead to the development of many forms of electronic text processors. However, with respect to books, it is not practical because very few people like to read, for example a 600 page book, on a computer screen. For example, millions of people recently bought paper printed copies of such a book, namely, Sophie's World.

A method of distributing and manufacturing music on cassette tapes is disclosed in U.S. Pat. No. 4,528,643 Freeny Jr. Although Freeny Jr. discloses the method for distribution and reproduction of music at a remote location, it does not disclose the apparatus needed to distribute and reproduce books. In addition, Freeny Jr. does not disclose transmitting the music to a remote location in real time in response to a customer's order. In contrast, the Freeny Jr. disclosure requires an information manufacturing machine to electronically store all of the songs a consumer may select at the point of sale location. Accordingly, the selection is limited by the storage capacity of each information manufacturing unit.

The traditional method of producing and distributing books is wasteful. The traditional system requires the publishing industry to print millions of books, newspapers and/or magazines and then, after the books are produced, seek to sell them. Consequently, very large numbers of those books, newspaper, and magazines go to waste when they are not sold. This waste affects the price of the finished product and, therefore, the consumer must pay for this waste. In addition, the environment is being damaged by this activity.

Typical book binding machines are constructed to satisfy the needs of the publishing industry to produce larger and faster runs. The typical large capacity automatic bookbinding systems are very expensive since several machines are required to print and bind a book, for example, an offset (or lithograph) printer, a transportation device for the paper, a paper sheet lifter, a web or collating machine, a folding machine and a thermal binder. To print a book, a very old

2

technique called signature is often used, in which many pages (front and back) are distributed on a large sheet of paper. Each signature holds many pages of the book, half of them head up and half their head down so that when the large sheet of paper is folded the book pages match. After printing all of the signatures, the signatures are moved along a web, folded, glued and/or sewn. The book receives the cover and it is finally cut on three sides by a paper cutter.

These traditional systems work fine with the large runs of books, however, these systems do not work well with short runs of books which may be sporadic. U.S. Pat. No. 5,465,213 discloses an method to make single copies of books. However, the method disclosed in U.S. Pat. No. 5,465,213 requires an enormous capacity of digital storage due to the fact that their method uses a raster image (a copy) of the pages of a book. This raster image is acquired by copying a book which has already been printed, for example in the traditional way. As is well known, a raster image (bit-map) is akin to a photograph. These images are then stored in high-capacity optical disks, and the enormous size of an electronic file of the rasterized (scanned) book allows their system to store only a few dozen books per optical disk. Although U.S. Pat. No. 5,465,213 mentions the distribution of update information, for example for the index, through a modem, such large electronic files would also require large amounts of transmission bandwidth and time and, therefore, would require a great deal of time to be printed. U.S. Pat. No. 5,465,213 does not disclose the transmission of the raster images from a remote location in real time, for example in response to a customer's order. Furthermore, the method disclosed by U.S. Pat. No. 5,465,213 only allows searches of the index and/or description of the book. This is a severe limitation since the contents of the books cannot be searched. The main drawback of the disclosure of U.S. Pat. No. 5,465,213, however, is that a physical description of a unique apparatus for the binding and the delivery of the books is not disclosed. It discloses the use of commercially available binding machines which may or not work with the proposed system. In addition, the disclosed binding method uses thermal binding, which can release fumes that can be harmful to living beings. Accordingly, addressing the fumes released during thermal binding can be expensive. Most importantly, the disclosure of U.S. Pat. No. 5,465,213 concerns the reproduction of books which have already been printed and, therefore, does not avoid the necessity of an original printing of the books by the traditional methods.

U.S. Pat. No. 5,547,176, provides for an apparatus to copy (scan) a book and print the scanned images onto loose pages, and a method to bind those loose pages together by means of folding the sheets into semi-signatures and holding them together with a metal clasp. The disclosure of U.S. Pat. No. 5,547,176 requires the scanning of pages of a book already printed and creates images stored in inflexible bitmapped graphics. In addition, the binding process requires a metal clasp to hold the signatures together, making it uneconomical.

## BRIEF SUMMARY OF THE INVENTION

The present invention provides a method and system for producing books on-demand; it can reduce the costs and improves the way books, magazines and other printer matters are created and delivered to the customer, helping to preserve both the environment and human health. The subject invention pertains to an electronic bookstore (EBS) vending machine which can receive an electronic text file of the contents for a book and then print and bind a copy of

6,012,890

**3**

such a book. The electronic text file can be requested by communication with a central distribution unit (CDU) which can have the electronic text files stored and/or can access the electronic text files at, for example, a plurality of publisher's and/or author's storage facilities. The CDU, upon receiving a request for a certain book, can access and transmit the electronic text file to an appropriate EBS. Alternatively, the EBS can receive the electronic text file by any other available means, for example, floppy disks, optical disks, magnetic storage devices, via a modem, or from another computer. Once the EBS receives the electronic text file, the book can be printed and bound at the EBS.

The subject electronic bookstore vending machine pertains to a method, apparatus, and system, which when assembled together, allow the local printing, binding, and selling of a book, magazine, newspaper, or other printed matter in just a matter of minutes, and for a fraction of what it costs using traditional means. Using this system, each Electronic Bookstore can have access to millions of titles all of the time, day or night, without ever running out of them or having titles out of print. The method described in the present invention is flexible; it can allow complete searches of a book's contents and allow the reformatting of the size and type of fonts to accommodate the needs of visually challenged people. For example, the present method can allow for large type formatting and printing on demand.

The present invention ameliorates the problem of waste by allowing the delivery of printed matter on-demand, any time, any place, therefore, reducing the waste inherited in excessively large runs of books and magazines.

Another benefit of the present invention is to allow many more authors to publish their books in an economical fashion. Today, the publishing industry is affected by the ever rising costs of printing ever larger runs, therefore making it almost impossible for non-commercial writers to publish their works. Vast amounts of knowledge are lost when authors are not capable of publishing their books due to a small predicted audience or market. Certain types of books are more difficult to sell. Therefore, authors in subjects such as poetry, philosophy, science, and theater can find it difficult to publish their work due to the high investment required to print the books in the conventional manner.

The present invention can utilize the Internet as a way of distribution, in order to provide on-demand delivery. Writers can become their own publisher, for example, if their works are rejected through the convention publishing channels. Authors can make their works available to a wider audience. The present invention can also reduce the overall costs of producing books. Accordingly, the subject invention can increase the accessibility of knowledge, both in time and in price.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates the interaction of a central distribution unit, a plurality of electronic bookstores, and a plurality of electronic text storage devices, in accordance with the subject invention.

FIG. 2 illustrates an electronic bookstore, in accordance with the subject invention.

FIG. 3 illustrates a specific example, in accordance with the subject invention where an EBS communicates with a CDU to request data corresponding to selected books and the CDU communicates with publishers computers to have the requested data sent directly from the publisher's computers to the EBS for printing and binding.

FIG. 4 illustrates the interaction of a storage and decoder means, a user interaction means, a distribution means, and a printing means of an EBS in accordance with the subject invention.

**4**

FIG. 5 illustrates the interaction of a printing means, a paper transporting means, and a cutting means of an EBS in accordance with the subject invention.

FIG. 6 illustrates a cutting means with a specific notching pattern, in accordance with the subject invention.

FIG. 7 illustrates a paper-tray station for holding the book pages after printing and cutting, in accordance with the subject invention.

FIG. 8 illustrates a movable clamping means which can hold the book pages as a book block, in accordance with the subject invention.

FIG. 9 illustrates the jaws of a clamping means in accordance with the subject invention.

FIG. 10 illustrates a stacking means in accordance with the subject invention.

FIG. 11 illustrates a book block moving down a line from where it is formed into a book block to where glue is applied, in accordance with the subject invention.

FIG. 12 illustrates a glueing means in accordance with the subject invention.

FIG. 13 illustrates a drying means in accordance with the subject invention.

FIG. 14 illustrates a labeling means in accordance with the subject invention.

FIG. 15 illustrates a folding means for folding the spine cover strip label up onto both sides of a book spine, in accordance with the subject invention.

FIG. 16 illustrates a final forming means in accordance with the subject invention.

FIG. 17 illustrates a book exiting an EBS in accordance with the subject invention.

FIG. 18 illustrates book page distribution in the sequence 4 in 1, in accordance with the subject invention.

FIG. 19 illustrates book page distribution in the sequence 8 in 1, in accordance with the subject invention.

DETAILED DISCLOSURE OF THE INVENTION

The present invention provides a method and system for producing books on-demand; it can reduce the costs and improves the way books, magazines and other printer matters are created and delivered to the customer, helping to preserve both the environment and human health.

The subject invention pertains to a method and a system designed to automatically print and bind books, magazines, and other printed matter. The present invention is a step by step method and a system which are unique and an improvement over existing techniques, for formatting, printing, and binding, for example, a book, a magazine, or other printed material.

The present invention pertains to a series of methods, apparatus and systems which, when assembled together, allow the local printing, binding, and selling of a book, magazine, newspaper, or other printed matter in just a matter of minutes, and for a fraction of what it costs using conventional means. Using the subject invention, each electronic bookstore can have access to millions of titles all of the time, day or night, without ever running out of them or having titles out of print. Each electronic bookstore can provide access to the electronic texts of many books at a lower cost, thus eliminating much of the waste which prevails in the present system. The method described in the present invention is flexible; it can allow complete searches of the contents of the texts and can allow the reformatting of the size and type of fonts to accommodate, for example, the

**7**

such that the publisher's computer storage device can send the text data for the book and control data corresponding to how many copies of the book can be printed.

Referring to FIG. **4**, the EBS **2** can receive the electronic text (bits) file of the book in electronic data, and the storage and decoder means **5** can transform said data into information for the user interaction means **6** and the software control and distribution means **7**. Some of this information, for example, paper size, font size, and type, which is of great importance for visually challenged people, may be altered by the customer by issuing instructions through the user interaction means **6** according to his/her needs and or desires. The information is preferably held in a temporary type memory able to hold, in a transient manner, all of the electronic data pertaining to the content of the book(s) and any formatting information. Once the temporary type memory, for example a hard drive, inside the remote electronic bookstore **2** receives the electronic text, or while it is still receiving, through remote printing commands it can send electronic signals representing the text to be printed to a printing means **8**, for example, a laser printer. The printing means is preferably located within the REB housing.

In a specific embodiment, when all the data is received, the EBS user interaction means **6** can allow the customer to chose, for example, the size and type of fonts to be used in the text and the physical size of the book to be produced. This choice of fonts is particularly beneficial for visually challenged people.

Each book may be produced in a plurality of sizes. In a specific embodiment, four sizes are available, the sizes derived from cutting a commercially sheet of paper measuring 8"×11" (letter size) in two or in four parts, and the sizes derived from cutting a sheet of paper measuring 8"×14" (legal size) in two or in four parts. These four size are 5.5"×8", 4.0"×5.5", 7"×8", and 4"×7". These four sizes allow the use of inexpensive, easily attainable paper. The paper to be used may be a special or commercial grade, of varying quality and weight. In general, the subject invention can accommodate a variety of paper sizes. For example, the subject invention can utilize paper already sized correctly, eliminating the necessity of cutting the paper. When pre-cut paper is used the paper can also be pre-notched, to enhance acceptance of the glue used to bind the pages together. Accordingly, when pre-cut paper is utilized in accordance with the subject invention, a cutting means is not necessary to cut the sheets into book pages.

Once the size of the book is determined, for example by customer choice, special software distributes and formats the text into pages as follows:

For the sheets that will not be cut, a book page can be printed on each side of the sheet.

For the sheets of paper that will be cut in two parts, the scaling and distribution of the pages receives a distribution of 4 by 1 (four pages of the book onto one sheet of paper): that is, two pages on the front of the sheet of paper, and two pages in the back.

For the sheets of paper that will be cut in four parts, the scaling and distribution of the pages receives a distribution of 8 by 1 (eight pages of the book onto one sheet of paper): that is, four pages on the front of the sheet of paper, and four pages on the back.

FIG. **18** corresponds in shape and form to the distribution of the pages in the sequence 4 in 1. FIG. **19** corresponds in shape and form to the distribution of the pages in the sequence 8 in 1

In a preferred embodiment, the software can distribute the pages according to the following examples:

**8**

Example 1—Sequence 4 in 1:

This is the case where 2 pages of the book are printed on the front of the sheet of paper, and the matching 2 pages on the back. The following distribution applies to a plurality of 'n' book pages. This sequence should always work regardless of the number of pages in the book.

a.—The process begins by dividing the total number of pages in the book by 4. The result will be the total amount of sheets of paper needed to print the book. If the resulting number is a fraction, the software can automatically round up the nearest whole number.

b.—In a specific embodiment, the first page of the book can be printed on the front right side **25** of the first sheet of paper, and the last page of the book can be printed on the front left side **26** of the sheet. The second page of the book can be printed on the back of the front right side **25** of the first sheet of paper, while the second to last page can be printed on the back of the front left of the sheet **26**. The third page can be printed on the front right side **25** of the second sheet of paper with the fourth page on the back of the front right side **25** of the second sheet. Accordingly the third to last page can be printed on the front left side **26** of the second sheet with the fourth to last page on the back of the front left side **26** of the second sheet. This continues until all 'n' pages, that composes the book, plus any blank pages added in to achieve an even multiple of four are printed. The blank pages added to round up to a multiple of four can be added at, for example, the front or back of the book. For example, if a book has 97 pages there can be three blank pages added at the end of the book, resulting in the front left side **26** of the first two sheets and the back of the front left side of the first sheet being left blank.

Example 2—Sequence 8 by 1:

This is the case where 4 pages of the book to be printed are printed on the front of the sheet of paper, and the matching 4 pages are printed in the back. The following distribution applies to a plurality of 'n' number of pages. This sequence should always work regardless of the numbers of pages in the book.

a.—The process begins by dividing the total number of pages in the book by 8. The result will be the amount of sheets of paper needed to print the book. If the resulting number is a fraction, the software automatically can add blank pages to round up to the nearest whole number.

b.—In a specific embodiment, the first page can be printed on the top half of the front right side **27** of the first sheet of paper and the last page can be printed on the top half of the front left side **28**, with their corresponding matching pages on the back of the same sheet. The third page of the book can be printed on the top half of the front right side of the second sheet of paper and the third to last page can be printed on the left side of the top half of the second sheet, with their corresponding matching pages printed on the back. This continues until all of the sheets of paper are used on the top half. The software then automatically continues with the process at the bottom half part of the sheets of paper **29** and **30** until the entire amount of the 'n' pages that comprise the book are printed. In this example, if the number of pages is not a multiple of eight, blank pages can be inserted in a manner analogous to the previous example 1.

In both of the above examples, it is preferred to print the cover first. The cover can be printed on a heavier stock paper which can be located in an additional paper bin.

6,012,890

**9**

Referring to FIG. 4, the distribution means 7 distributes the information to the printing means 8 regarding the size of each sheet of paper, number of pages to print onto each sheet of paper, ways of distributing said pages into the sheets of paper, numbering of said pages, order in which they are to be printed, type and size of fonts to be used, design of the printed matter, graphics to be included, etc. Some of this information, for example paper size, font size, and type, may be changed by the customer according to the customer's needs Upon receiving the information, the printing means 8 preferably prints on both sides of each sheet of paper at the same time, in the manner requested by the customer through the user interaction means 6 and the distribution means 7. When four or eight pages are printed onto each sheet, the speed of printing the book can be increased. In a specific embodiment, a plurality of printers can be utilized to further speed up the printing of a book. The pages can be printed on commercially available bond paper, while the covers can preferably be printed from, for example, a second tray in the printer, to allow the covers to be printed on a heavier stock. The heavier stock used for the covers can also be commercially available.

In a preferred embodiment of the present invention, the system is designed to allow only one copy of each ordered book to be printed. Specifically, when the printing means 8 finishes printing the data, the distribution means 7 can erase the text data from the memory of the REB 2. In a preferred embodiment, the system is designed such that each EBS will only print a designated number of printings of each book, the text of which is transmitted from a CDU 1 or publisher's computer. A code, for example an encrypted code, can be used to tell if the EBS has been tampered with. This method improves the way the information is handled because it insures that each printed unit of the book will be reported back to the author and/or publisher, who then will be able to collect royalties from the vendor. Accordingly, the owner of the book receives payment for each individual unit of the book sold and is less likely to have the book pirated.

Referring to FIG. 5, as the first sheet of paper exits the printing means 8, it can pass through a sensor, for example, an electronic sensor, that triggers the paper transporting means 9. The paper transporting means can serve at least two purposes. First, it can direct the paper in a certain path and center the sheets of paper. In addition, the paper transporting means 9 can move each sheet of paper into the proper position for the paper cutting means 10. The paper cutting means can cut the paper into the requested size for the pages that form the book. Preferably, the paper transporting means 9 can hold the paper while the paper cutter slices the sheets, and then the paper transporting means 9 can deposit those smaller sheets of paper onto, for example, a paper tray. In a preferred embodiment, the paper sheets are cut one at a time after exiting the printing means. In an alternative embodiment, a plurality of sheets can be cut at a time.

Referring to FIG. 6, the paper cutting means 10 can cut the edges of the paper in a pattern that, for example, can be composed of a vertical cut 31 and a series of horizontal cuts 32 which, for example, can create notches. Other notch patterns can also be implemented, for example, a zig-zag pattern which allow triangular notches or an interlocking notch pattern. In a preferred embodiment, the sheets are cut and notched at the same time, for example with a single circular cutting instrument which comprises a cutting surface which implements the desired notch pattern. This way of cutting the individual sheets of paper exposes the fibers of the paper and allow for a stronger binding of the pages once the glue is applied. The edge pattern can create filaments that

**10**

cross the spine of the book and, once dried, serve the same purpose as traditional book sewing.

The cuts in the paper are produced along the inside edge of the pages, namely the side that will be the spine of the book. This is done so the sheets of paper will be cut down to the proper size and shape for the pages that form the book block. The shape of the cut in the paper will insure that once the paper is gathered into a book format, the spine of the paper will expose enough fibers to allow the proper gluing of the spine and, therefore, achieve a stronger bond between the pages themselves and the spine cover of the book. This is an improvement over the traditional methods of roughening the spine after the book block is formed. It saves time of production, improves quality of results, and improves the process by allowing even the thinnest of books (a few dozens of pages) to be bound together in a long-lasting manner.

It is preferred that the depth of the notches be in the range of about 0.5 mm to about 1.5 mm, in order to allow for sufficient binding strength of the glue without creating difficulty in aligning the book pages with each other to form a book block. More preferably, the depth of the notches should be approximately 1.0 mm.

In a specific embodiment, the notches can be accomplished after the pages are brought together to form a book block, for example by a circular sawing means. In this embodiment, the sides of the sawing blade can rough the sides of the notches to enhance the adhesion of the glue. Other techniques for notching the pages would be apparent to a person in the art with the benefit of this disclosure.

In an alternative embodiment, the book pages can be printed on pre-perforated paper sheets which can be ripped into book pages, wherein the perforated edges can enhance the adhesion of the glue. Accordingly, notching is then optional.

In a preferred embodiment of the subject invention, a cold water based glue can be utilized. Although other glues can also be used, for example hot glues. Advantageously, cold glue fumes are not harmful to humans and, therefore, the use of cold glue is not as expensive to implement as the use of hot glue is. Advantageously, a book bound with cold glue in accordance with the subject invention can have a flexible spine, allowing the book to be opened flat.

Referring to FIG. 7, once cut, the smaller sheets of paper can be deposited onto the paper-tray station 11 that holds the smaller loose sheets of paper one on top of other until the printer finishes printing all of pages of the book.

Referring to FIG. 8, when the printing means finishes printing all the sheets of paper and stops, a sensor can send a signal for the paper-tray station 11 to open and release the plurality of sheets into, for example, a movable clamping means 12 such that all of the pages become a single book block. These pages can be numbered and collated in such a way that a specific edge of the paper 33 is sufficiently exposed to attach the cover. This space is preferably about ¼". This exposed edge is the spine of the book, where the cover label will be glued.

Referring to FIG. 9, in a preferred embodiment, the design of the jaws 34 in the clamping means 12 can force open, in a semi-fan shape, the exposed paper. Accordingly, the paper will receive more of the glue, creating a firmer bind with the cover.

Referring to FIG. 10, upon receiving all of the book pages a sensor can send a signal to a stacking means 13, for example underneath the floor of the clamping means 12, and cause the stacking means 13 to vibrate. Simultaneously, a horizontal bar 35 can push the sheets of paper and align them

6,012,890

11

into uniform edges to make a rectangular book block. At the same time, the movable clamping means 12 can close its jaws 34 and subsequently tighten the sheets of paper into a single book block unit. In a preferred embodiment, the jaws 34 can close a little bit while the vibrating is stopped and then the sheets can be vibrated some more, and then the jaws 34 can close a bit more, until a book block is formed. This stopping and closing of jaws 34 continues for approximately a few seconds such that all edges of the book block are even.

Referring to FIG. 11, when the jaws of the clamping means 12 are closed and holding the book block firmly and tightly, the clamping means 12 can begin to move the book block down the line 36. The movable clamping means 12 can transport the book through the glueing means 14 that applies the glue.

Referring to FIG. 12, the glue is preferably, a water based glue with a liquid viscosity that allows it to penetrate deep into the notches of the paper, improving its adhesive force. Preferably, the subject invention can provide for a fast drying time by, for example, taking out the water with hot air. Preferably, the glue possesses long lasting elastic properties and, therefore, does not become brittle or crisp. Water based glue is safe to use under any circumstance since it does not release harmful fumes, in contrast to the hot glue of thermal binders. Cold glue may be stored indefinitely in a sealed container 37, and may be applied either with a pump 38, a dispersing gun, or other applying means. The movable clamping means 12 can then transport the book block through a glue cleaning means 15 that can clean the excess glue and, for example, spreads it evenly along the spine.

In a preferred embodiment, once the excess glue is cleaned, the book block then continues to the glue drying station. Referring to FIG. 13, when the book block reaches the drying means 18 that dries the glue by, for example, use of hot air, the movable clamping means 12 can stop until a timer and/or sensor signals that the glue is dry.

Referring to FIG. 14, the book block is then moved through the labeling means 17 which can apply a strip label of heavy stock paper to cover the spine of the book. This strip label can have printed on it the international standard book number (ISBN), title, author's name, and/or any other pertinent information. Preferably, the quality and color of the paper can be equal to the quality and color of the heavy stock covers of the book already printed, such that the label is indistinguishable from the covers themselves. The self adhesive spine cover label can be provided, for example, by a roller, and deposited into a feeder by a series of rollers that keep it in place and apply the label with precision 39. Since the thickens of each book will vary, the width of the spine cover label can exceed, for example, by at least one inch, the total thickness of an average book 400 pages long. Once the book block reaches the proper place in the line, the cover label can be attached to the book block. In a specific embodiment, one piece of cover stock can have the cover printed on it and can be folded onto and applied to a book block consisting of the book pages, wherein a strip label is optional.

Referring to FIG. 15, the book block continues through the folding means 40 where the spine cover strip label can be folded up by about ¼" up in both sides of the spine by folding means 40. This folding means 40 also gives the final 'square' edge to the spine of the book. As it leaves the folding means 40, the excess of spine cover strip label can be cut by a trimming means 19.

Referring to FIG. 16, the movable clamping means 12 moves the book into the final forming means 41. After the movable clamping means 12 moves the book into the end

12

station, it opens its jaws and releases the book into a final forming means, which in a particular embodiment is made of horizontal 42 and vertical 43 rollers. The book passes in between these rollers. A motor can move the set of moving rollers with their speed controlled by, for example, electronic sensors. The rollers move the book in such a way so as to force it to follow a path. Then the finished book exits the machine through the delivery means.

Referring to FIG. 17, the finished book then exits the machine.

It should be understood that the examples and embodiments described herein are for illustrative purposes only and that various modifications or changes in light thereof will be suggested to persons skilled in the art and are to be included within the spirit and purview of this application and the scope of the appended claims.

I claim:

1. A device for printing and binding a book, comprising:
   a receiving means for receiving data corresponding to a book's content;
   a formatting means for formatting the book's content into a book distribution;
   a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;
   a clamping means for clamping the printed sheets into a book block;
   a glueing means for applying glue to a spine of the book block; and
   a cutting means for cutting said paper sheets into smaller sheets,
   wherein said printing means prints multiple pages of the book's content on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet has a book page printed on each side.

2. The device, according to claim 1, further comprising:
   a notching means for notching a spine edge of the printed sheets, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

3. The device, according to claim 1, wherein said glueing means applies a cold glue.

4. The device, according to claim 3, wherein said cold glue is water based.

5. A device for printing and binding a book, comprising:
   a receiving means for receiving data corresponding to a book's content;
   a formatting means for formatting the book's content into a book distribution;
   a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;
   a clamping means for clamping the printed sheets into a book block;
   a glueing means for applying glue to a spine of the book block; and
   a labeling means for attaching a spine cover label to the spine of the book, wherein said printing means prints a cover image on cover stock to create cover pages, wherein said cover pages are included in the book block clamped together by the clamping means and glued together by the glueing means, and wherein said spine cover label is attached to the spine of the book so as to overlap onto the cover pages.

6,012,890

6. A device for printing and binding a book, comprising:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block; and

a covering means for attaching a cover to the book block, wherein said printing means prints a cover image on cover stock to create a cover for the book, and wherein said covering means attaches said cover to the glued book block such as to cover the spine and pages of the book block.

7. The device, according to claim 1, further comprising:

a stacking means for stacking and aligning the printed sheet into a book block which is clamped in the clamping means.

8. The device, according to claim 1, wherein said receiving means can receive data corresponding to the text of a book from a remote location wherein said receiving means deletes said data after printing the book so as to avoid unauthorized copies of the book from being printed.

9. The device, according to claim 1, wherein said data corresponding to the book's content includes control data which indicates format, font type, or type size of the book's content, wherein said formatting means controls the format, font type, or type size of the book's content in accordance with the control data.

10. The device, according to claim 1, further comprising a user interaction means whereby a customer can select a book to be printed and bound.

11. The device, according to claim 1, wherein two pages of text are printed on each side of each paper sheet such that when the paper sheet is cut in half, smaller sheets are formed, wherein each smaller sheet can have text on both sides.

12. The device, according to claim 2, wherein said notching means and said cutting means are the same such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

13. The device, according to claim 1, wherein the received data corresponding to the text of the book can be in electronic form.

14. A system for distributing and manufacturing books, comprising:

an input means for inputting requests for books,

a plurality of printing and binding means for printing and binding a book upon receipt of data corresponding to a book's content and control data, and

at least one central distribution unit which receives a request for a selected book and causes said data corresponding to the selected books' content and control data to be transferred to said printing and binding means,

wherein said central distribution unit and at least one of said plurality of printing and binding means are geographically separated, and wherein each printing and binding means for printing and binding books comprises:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block; and

a cutting means for cutting said paper sheets into smaller sheets,

wherein said printing means prints multiple pages of the book's content on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet has a book page printed on each side.

15. The system, according to claim 14, wherein said central distribution unit comprises a storage means wherein said central distribution unit accesses the data corresponding to the selected book's content from said storage means.

16. The system, according to claim 14, wherein said central distribution unit accesses the data corresponding to the selected book's content from a plurality of storage facilities.

17. The system, according to claim 16, wherein said plurality of storage facilities correspond to a plurality of publishers and authors.

18. The system, according to claim 14, wherein the data corresponding to the selected book's content and control data transferred from the central distribution unit to the printing and binding means includes formatting data.

19. The system, according to claim 14, wherein of each said printing and binding means comprises a computer means for receiving the data corresponding to the selected book's content, temporarily storing the data, and formatting the book's content for printing and binding in accordance with said requests.

20. A method for producing and distributing books, comprising the following steps:

creating a plurality of electronic text files corresponding to a plurality of books such that each electronic text file corresponds to one book's content, storing said plurality of text files, allowing a customer to order one or more of said plurality of books, transmitting the electronic text files corresponding to the ordered book(s) to a device capable of printing and binding said ordered book(s),

wherein said device capable of printing and binding said ordered book(s) comprises:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block; and

a cutting means for cutting said paper sheets into smaller sheets,

wherein said printing means prints multiple pages of the book's content on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet has a book page printed on each side; and

6,012,890

15

wherein said device is conveniently located for the customer and said ordered books are printed and bound such as to allow the customer to pick-up the ordered book(s) at said device within a short period of time.

21. A method for printing and binding a book, comprising the following steps:

receiving data corresponding to a book's content;

formatting the book's content into a book distribution;

printing the book's content on paper sheets upon receipt of a signal;

clamping the printed sheets into a book block;

applying glue to a spine of the book block, and

cutting said paper sheets into smaller sheets;

wherein multiple pages of the book's content are printed on each paper sheet and said paper sheets are cut into smaller sheets such that each smaller sheet can have a book page printed on each side.

22. The method, according to claim 21, further comprising the step of:

notching a spine edge of the book pages, wherein said notches enhance adhesion of the glue on the spine of the book block.

23. The method, according to claim 21, wherein cold glue is applied.

24. The method, according to claim 23, wherein said cold glue is water based.

25. A method for printing and binding a book, comprising the following steps:

receiving data corresponding to a book's content;

formatting the book's content into a book distribution;

printing the book's content on paper sheets upon receipt of a signal;

clamping the printed sheets into a book block;

applying glue to a spine of the book block; and

attaching a spine cover label to the spine of the book, wherein a cover image is printed on cover stock to create cover pages, wherein said cover pages are included in the book block clamped together and glued together, and wherein said spine cover label is attached to the spine of the book so as to overlap onto the cover pages.

26. A method for printing and binding a book, comprising the following steps:

receiving data corresponding to a book's content;

formatting the book's content into a book distribution;

printing the book's content on paper sheets upon receipt of a signal;

clamping the printed sheets into a book block;

applying glue to a spine of the book block; and

attaching a cover to the book block, wherein said cover image is printed on cover stock to create a cover for the book, and wherein said cover is attached to the glued book block such as to cover the spine and sheets of the book block.

27. The method, according to claim 21, further comprising the step of:

stacking and aligning the printed sheets into a book block which is then clamped.

28. The method, according to claim 21, wherein said data corresponding to the book's content is received from a remote location, wherein said data is deleted after printing the book so as to avoid unauthorized copies of the book from being printed.

16

29. The method, according to claim 21, wherein said data corresponding to the book's content includes control data which indicates format, font type, or type size of the book's content, wherein said format, font type, or type size of the book's content is controlled according to the received control data.

30. The method, according to claim 21, further comprising the step of allowing user interaction, whereby a user can select a book to be printed and bound.

31. The method, according to claim 21, wherein two pages of text are printed on each side of each paper sheet such that when the paper sheet is cut in half, smaller sheets are formed, wherein each smaller sheet can have text on both sides.

32. The method, according to claim 22, wherein said notching step and said cutting step are performed simultaneously such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

33. A device for binding a book, comprising:

a paper sheet receiving means for receiving a plurality of paper sheets which are to be bound together,

a clamping means for clamping the received plurality of paper sheets into a book block,

a glueing means for applying glue to a spine of the book block, and

a cutting means for cutting said paper sheets into smaller sheets;

wherein multiple pages of text are printed on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet can have a book page printed on each side.

34. The device, according to claim 33, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

35. The device, according to claim 33, wherein said glueing means applies a cold glue.

36. The device, according to claim 35, wherein said cold glue is water based.

37. A device for binding a book, comprising:

a paper sheet receiving means for receiving a plurality of paper sheets which are to be bound together,

a clamping means for clamping the received plurality of paper sheets into a book block,

a glueing means for applying glue to a spine of the book block, and

a labeling means for attaching a spine cover label to the spine of the book, wherein said printing means prints a cover image on cover stock to create cover pages, wherein said cover pages are included in the book block clamped together by the clamping means and glued together by the glueing means, and wherein said spine cover label is attached to the spine of the book so as to overlap onto the cover pages.

38. A device for binding a book, comprising:

a paper sheet receiving means for receiving a plurality of paper sheets which are to be bound together,

a clamping means for clamping the received plurality of paper sheets into a book block,

a glueing means for applying glue to a spine of the book block, and

a covering means for attaching a cover to the book block, wherein said printing means prints a cover image on cover stock to create a cover for the book, and wherein

6,012,890

**17**

said covering means attaches said cover to the glued book block such as to cover the spine and pages of the book block.

**39.** The device, according to claim **33**, further comprising:

a stacking means for stacking and aligning the paper sheets into a book block which is clamped in the clamping means.

**40.** The device, according to claim **33**, wherein two pages of text are printed on each side of each paper sheet such that when the paper sheet is cut in half, smaller sheets are formed, wherein each smaller sheet can have text on both sides.

**41.** The device, according to claim **33**, wherein said notching means and said cutting means are the same such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

**42.** The device according to claim **5**, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

**43.** The device according to claim **42**, wherein said notching means and said cutting means are the same such that the book pages are notched as the paper sheets are cut into book pages.

**44.** The device according to claim **5**, wherein said glueing means applies a cold glue.

**45.** The device according to claim **44**, wherein said cold glue is water based.

**46.** The device according to claim **5**, further comprising:

a stacking means for stacking and aligning the book pages into a book block which is clamped in the clamping means.

**47.** The device according to claim **5**, further comprising a user interaction means whereby a customer can select a book to be printed and bound.

**48.** The device according to claim **6**, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

**49.** The device according to claim **48**, wherein said notching means and said cutting means are the same such that the book pages are notched as the paper sheets are cut into book pages.

**50.** The device according to claim **6**, wherein said glueing means applies a cold glue.

**51.** The device according to claim **50**, wherein said cold glue is water based.

**52.** The device according to claim **6**, further comprising:

a stacking means for stacking and aligning the book pages into a book block which is clamped in the clamping means.

**53.** The device according to claim **6**, further comprising a user interaction means whereby a customer can select a book to be printed and bound.

**54.** A system for distributing and manufacturing books, comprising:

an input means for inputting requests for books;

a plurality of printing and binding means for printing and binding books upon receipt of book text data and control data; and

at least one central distribution unit which receives requests for selected book texts and causes said book text and control data to be transferred to said printing and binding means,

**18**

wherein said control distribution unit and said plurality of printing and binding means are geographically separated, wherein each of said plurality of printing and binding means comprises:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block; and

a labeling means for attaching a spine cover label to the spine of the book, wherein said printing means prints a cover image on cover stock to create cover pages, wherein said cover pages are included in the book block clamped together by the clamping means and glued together by the glueing means, and wherein said spine cover label is attached to the spine of the book so as to overlap onto the cover pages.

**55.** The system according to claim **54**, wherein said central distribution unit comprises a storage means wherein said central distribution unit accesses the data corresponding to the selected book's content from said storage means.

**56.** The system according to claim **54**, wherein said central distribution unit accesses the data corresponding to the selected book's content from a plurality of storage facilities.

**57.** The system according to claim **56**, wherein said plurality of storage facilities correspond to a plurality of publishers and authors.

**58.** The system according to claim **54**, wherein the data corresponding to the selected book's content and control data transferred from the central distribution unit to the printing and data binding means includes formatting data.

**59.** The system according to claim **54**, wherein each of said printing and binding means comprises a computer means for receiving the data corresponding to the selected book's content, temporarily storing the data, and formatting the book's content for printing and binding in accordance with said requests.

**60.** The system according to claim **54**, further comprising:

a cutting means for cutting said paper sheets into smaller sheets,

wherein said printing means prints multiple pages of text on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet can have a book page printed on each side.

**61.** A system for distributing and manufacturing books, comprising:

an input means for inputting requests for books;

a plurality of printing and binding means for printing and binding books upon receipt of book text data and control data;

at least one central distribution unit which receives requests for selected book texts and causes said book text and control data to be transferred to said printing and binding means,

wherein said control distribution unit and said plurality of printing and binding means are geographically separated, wherein each of said plurality of printing and binding means comprises:

19

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block;

a covering means for attaching a cover to the book block, wherein said printing means prints a cover image on cover stock to create a cover for the book, and wherein said covering means attaches said cover to the glued book block such as to cover the spine and pages of the book block.

**62**. The system according to claim **61**, wherein said central distribution unit comprises a storage means wherein said central distribution unit accesses the data corresponding to the selected book's content from said storage means.

**63**. The system according to claim **61**, wherein said central distribution unit accesses the data corresponding to the selected book's content from a plurality of storage facilities.

**64**. The system according to claim **63**, wherein said plurality of storage facilities correspond to a plurality of publishers and authors.

**65**. The system according to claim **61**, wherein the data corresponding to the selected book's content and control data transferred from the central distribution unit to the printing and data binding means includes formatting data.

**66**. The system according to claim **61**, wherein each of said printing and binding means comprises a computer means for receiving the data corresponding to the selected book's content, temporarily storing the data, and formatting the book's content for printing and binding in accordance with said requests.

**67**. The system according to claim **61**, further comprising:

a cutting means for cutting said paper sheets into smaller sheets,

wherein said printing means prints multiple pages of text on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet can have a book page printed on each side.

**68**. A method for producing and distributing books, comprising the following steps:

creating a plurality of electronic text files corresponding to a plurality of books such that each electronic text file corresponds to one book's content;

storing said plurality of text files;

allowing a customer to order one or more of said plurality of books; and

transmitting the electronic text files corresponding to the ordered book(s) to a device capable of printing and binding said ordered book(s),

wherein said device capable of printing and binding said ordered book(s) comprises:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

20

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block;

a labeling means for attaching a spine cover label to the spine of the book,

wherein said printing means prints a cover image on cover stock to create cover pages,

wherein said cover pages are included in the book block clamped together by the clamping means and glued together by the glueing means, wherein said spine cover label is attached to the spine of the book so as to overlap onto the cover pages, and

wherein said device is conveniently located for the customer and said ordered books are printed and bound such as to allow the customer to pick-up the ordered book(s) at said device within a short period of time.

**69**. The method according to claim **68**, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

**70**. The method according to claim **69**, wherein said notching means and said cutting means are the same such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

**71**. The method according to claim **68**, wherein said glueing means applies a cold glue.

**72**. The method according to claim **71**, wherein said cold glue is water based.

**73**. The method according to claim **68**, wherein said device capable of printing and binding said ordered book(s) further comprises:

a stacking means for stacking and aligning the book pages into a book block which is clamped in the clamping means.

**74**. The method according to claim **68**, wherein said device capable of printing and binding said ordered book(s) further comprises a user interaction means whereby a customer can select a book to be printed and bound.

**75**. A method for producing and distributing books, comprising the following steps:

creating a plurality of electronic text files corresponding to a plurality of books, such that each electronic text file corresponds to one book's content;

storing said plurality of text files;

allowing a customer to order one or more of said plurality of books; and

transmitting the electronic text files corresponding to the ordered book(s) to a device capable of printing and binding said ordered book(s),

wherein said device capable of printing and binding said ordered book(s) comprises:

a receiving means for receiving data corresponding to a book's content;

a formatting means for formatting the book's content into a book distribution;

a printing means for printing the book's content on paper sheets upon receipt of a signal from said receiving means;

a clamping means for clamping the printed sheets into a book block;

a glueing means for applying glue to a spine of the book block;

6,012,890

21

a covering means for attaching a cover to the book block,
   wherein said printing means prints a cover image on cover
   stock to create a cover for the book, and wherein said
   covering means attaches said cover to the glued book
   block such as to cover the spine and pages of the book
   block, and
   wherein said device is conveniently located for the cus-
   tomer and said ordered books are printed and bound
   such as to allow the customer to pick-up the ordered
   book(s) in at said device within a short period of time.

76. The method according to claim 75, further compris-
ing:
   a notching means for notching a spine edge of the book
   pages, wherein said notching means creates notches
   which enhance adhesion of the glue on the spine of the
   book block.

77. The method according to claim 76, wherein said
notching means and said cutting means are the same such
that the paper sheets are notched as the paper sheets are cut
into smaller paper sheets.

78. The method according to claim 75, wherein said
glueing means applies a cold glue.

79. The method according to claim 78, wherein said cold
glue is water based.

80. The method according to claim 75, wherein said
device capable of printing and binding said ordered book(s)
further comprises:
   a stacking means for stacking and aligning the book pages
   into a book block which is clamped in the clamping
   means.

81. The method according to claim 75, wherein said
device capable of printing and binding said ordered book(s)
further comprises a user interaction means whereby a cus-
tomer can select a book to be printed and bound.

82. The method according to claim 20, further compris-
ing:
   a notching means for notching a spine edge of the book
   pages, wherein said notching means creates notches
   which enhance adhesion of the glue on the spine of the
   book block.

83. The method according to claim 82, wherein said
notching means and said cutting means are the same such
that the paper sheets are notched as the paper sheets are cut
into smaller paper sheets.

84. The method according to claim 82, wherein said
glueing means applies a cold glue.

85. The method according to claim 84, wherein said cold
glue is water based.

86. The method according to claim 82, wherein said
device capable of printing and binding said ordered book(s)
further comprises:
   a stacking means for stacking and aligning the paper
   sheets into a book block which is clamped in the
   clamping means.

87. The method according to claim 82, wherein said
receiving means can receive data corresponding to the
book's content from a remote location wherein said receiv-
ing means deletes said data after printing the book so as to
avoid unauthorized copies of the book from being printed.

88. The method according to claim 82, wherein said data
corresponding to the book's content includes control data
which indicates format, font type, or type size of the book's
content, wherein said formatting means controls the format,
font type, or type size of the book's content in accordance
with the control data.

89. The method according to claim 82, wherein said
device capable of printing and binding said ordered book(s)

22

further comprises a user interaction means whereby a cus-
tomer can select a book to be printed and bound.

90. The method according to claim 82, wherein the
received data corresponding to the text of the book can be in
electronic text format.

91. The method according to claim 25, further comprising
the step of:
   notching a spine edge of the book pages, wherein said
   notches enhance adhesion of the glue on the spine of
   the book block.

92. The method according to claim 91, wherein said
notching step and said cutting step are performed simulta-
neously such that the paper sheets are notched as the paper
sheets are cut into smaller paper sheets.

93. The method according to claim 25 further comprising
the step of:
   cutting said paper sheets into smaller sheets;
   wherein multiple pages of text are printed on each paper
   sheet and said paper sheets are cut into smaller sheets
   such that each smaller sheet can have a book page
   printed on each side.

94. The method according to claim 25, wherein cold glue
is applied.

95. The method according to claim 94, wherein said cold
glue is water based.

96. The method according to claim 25, further comprising
the step of:
   stacking and aligning the printed sheets into a book block
   which is then clamped.

97. The method according to claim 25, wherein said
received data corresponding to the book's content is
received from a remote location, wherein said data is deleted
after printing the book so as to avoid unauthorized copies of
the book from being printed.

98. The method according to claim 25, wherein said
received data corresponding to the book's content includes
control data which indicates format, font type, or type size
of the book's content, wherein said format, font type, or type
size of the book's content is controlled according to the
received control data.

99. The method according to claim 25, further comprising
the step of allowing user interaction, whereby a user can
select a book to be printed and bound.

100. The method according to claim 26, further compris-
ing the step of:
   notching a spine edge of the book pages, wherein said
   notches enhance adhesion of the glue on the spine of
   the book block.

101. The method according to claim 100, wherein said
notching step and said cutting step are performed simulta-
neously such that the paper sheets are notched as the paper
sheets are cut into smaller paper sheets.

102. The method according to claim 26 further compris-
ing the step of:
   cutting said paper sheets into smaller sheets;
   wherein multiple pages of text are printed on each paper
   sheet and said paper sheets are cut into smaller sheets
   such that each smaller sheet can have a book page
   printed on each side.

103. The method according to claim 26, wherein cold glue
is applied.

104. The method according to claim 103, wherein said
cold glue is water based.

105. The method according to claim 26, further compris-
ing the step of:
   stacking and aligning the printed sheets into a book block
   which is then clamped.

6,012,890

## 23

**106**. The method according to claim **26**, wherein said data corresponding to the book's content is received from a remote location, wherein said data is deleted after printing the book so as to avoid unauthorized copies of the book from being printed.

**107**. The method according to claim **26**, wherein said data corresponding to the book's content includes control data which indicates format, font type, or type size of the book's content, wherein said format, font type, or type size of the book's content is controlled according to the received control data.

**108**. The method according to claim **26**, further comprising the step of allowing user interaction, whereby a user can select a book to be printed and bound.

**109**. The method according to claim **37**, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

**110**. The method according to claim **109**, wherein said notching means and said cutting means are the same such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

**111**. The method according to claim **37**, further comprising:

a cutting means for cutting said paper sheets into smaller sheets; and

wherein said printing means prints multiple pages of text on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet can have a book page printed on each side.

**112**. The method according to claim **37**, wherein said glueing means applies a cold glue.

**113**. The method according to claim **111**, wherein said cold glue is water based.

## 24

**114**. The method according to claim **37**, further comprising:

a stacking means for stacking and aligning the paper sheets into a book block which is clamped in the clamping means.

**115**. The method according to claim **38**, further comprising:

a notching means for notching a spine edge of the book pages, wherein said notching means creates notches which enhance adhesion of the glue on the spine of the book block.

**116**. The method according to claim **115**, wherein said notching means and said cutting means are the same such that the paper sheets are notched as the paper sheets are cut into smaller paper sheets.

**117**. The method according to claim **38**, further comprising:

a cutting means for cutting said paper sheets into smaller sheets; and

wherein said printing means prints multiple pages of text on each paper sheet and said cutting means cuts said paper sheet into smaller sheets such that each smaller sheet can have a book page printed on each side.

**118**. The method according to claim **38**, wherein said glueing means applies a cold glue.

**119**. The method according to claim **118**, wherein said cold glue is water based.

**120**. The method according to claim **38**, further comprising:

a stacking means for stacking and aligning the paper sheets into a book block which is clamped in the clamping means.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

Page 1 of 2

PATENT NO. : 6,012,890

DATED : January 11, 2000

INVENTOR(S) : Celorio Garrido

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3, line 56: "FIG. 2" should read --Figures 2A-2B--.

Column 4, line 1: "FIG. 5" should read --Figures 5A-5E--.

Column 4, line 4: "FIG. 6" should read --Figures 6A-6C--.

Column 4, line 6: "FIG. 7" should read --Figures 7A-7B--.

Column 4, line 9: "FIG. 8" should read --Figures 8A-8B--.

Column 4, line 12: "FIG. 9" should read --Figures 9A-9B--.

Column 4, line 16: "FIG. 11" should read --Figures 11A-11B--.

Column 4, line 19: "FIG. 12" should read --Figures 12A-12B--.

Column 4, line 25: "FIG. 15" should read --Figures 15A-15C--.

Column 5, line 59: "FIG. 2," should read --Figures 2A-2B,--.

Column 9, line 39: "FIG. 5," should read --Figures 5A-5E,--.

Column 9, line 55: "FIG. 6," should read --Figures 6A-6C,--.

# UNITED STATES PATENT AND TRADEMARK OFFICE

## CERTIFICATE OF CORRECTION

Page 2 of 2

PATENT NO.   :   6,012,890

DATED         :   January 11, 2000

INVENTOR(S) :   Celorio Garrido

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 10, line 44: "FIG. 7," should read --Figures 7A-7B,--.

Column 10, line 48: "FIG. 8," should read --Figures 8A-8B,--.

Column 10, line 58: "FIG. 9," should read --Figures 9A-9B,--.

Column 11, line 10: "FIG. 11," should read --Figures 11A-11B,--.

Column 11, line 16: "FIG. 12," should read --Figures 12A-12B,--.

Column 11, line 58: "FIG. 15," should read --Figures 15A-15C,--.

Signed and Sealed this

Sixth Day of February, 2001

Attest:

Q. TODD DICKINSON

Attesting Officer

Director of Patents and Trademarks