IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO,

    Plaintiff,

v.                                      CASE NO. 1:11cv79-SPM/GRJ

GOOGLE INC., ON DEMAND
BOOKS, LLC, JASON EPSTEIN,
AND JOHN DOES 1-3.

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 38) dated April 30, 2012. Plaintiff was furnished a copy, and has filed objections (doc. 39).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 38) is adopted and incorporated by reference in this order.

2.    Defendants On Demand Books and Jason Epstein's Motion to Dismiss for Lack of Jurisdiction (doc. 22) is granted.

3. Plaintiff's request for jurisdictional discovery is denied.

DONE AND ORDERED this 16th day of May, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge