IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO,

    Plaintiff,

v.                                         CASE NO. 1:11cv79-SPM/GRJ

GOOGLE INC.,
AND JOHN DOES 1-3.

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 42) dated May 23, 2012. The parties were given an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. Accordingly it is

ORDERED AND ADJUDGED:

1.    The report and recommendation (doc. 42) is adopted and incorporated by reference in this order.

2.    The Motion to Dismiss Amended Complaint (doc. 23) is denied.

DONE AND ORDERED this 25th day of June, 2012.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge