UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO,

    Plaintiff,
v.                                                  Case No. 1:11-cv-79-SPM-GRJ

GOOGLE INC., et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 128, Defendant Google, Inc.'s Motion for Leave to Submit Reply. Defendant requests permission to file a five page reply to Plaintiff's response (Doc. 123) to Defendant's motion for summary judgment to address several new issues and factual claims. The Court determines that there is good cause for further briefing by Defendant on the issues identified in Defendant's motion and therefore leave to file a reply is due to be granted.

Accordingly, upon due consideration, it is **ORDERED:**

1. Defendant Google, Inc.'s Motion for Leave to Submit Reply, Doc. 128, is **GRANTED.**

2. Defendant Google, Inc. may file a reply brief of no more than five pages. The reply brief must be filed no later than **January 7, 2013**.

**DONE AND ORDERED** this 19th day of December 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge