IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO,
    Plaintiff,

vs.                               Case No.: 1:11cv79/RV/GRJ

GOOGLE, INC., et al.,
    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 12, 2013 (doc. 151). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* review of the timely filed objection (doc. 152).

    Having considered the Report and Recommendation and the objection, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** that the magistrate judge's Report and Recommendation (doc. 151) is adopted and incorporated by reference in this order.

    **DONE AND ORDERED** this 27th day of August, 2013.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**