IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO,
    Plaintiff,

vs.          Case No.: 1:11cv79/RV/GRJ

GOOGLE, INC., et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 29, 2013 (doc. 158). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* review of the timely filed objection (doc. 165).

Having considered the Report and Recommendation and the objection, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 158) is adopted and incorporated by reference in this order.
2. Defendant's motion for summary judgment (doc. 104) is GRANTED. Plaintiff's Amended Motion for Summary Judgment (doc. 109) is DENIED.
3. The Clerk is directed to enter final judgment in favor of defendant Google, Inc.

**DONE AND ORDERED** this 22nd day of October, 2013.

        /s/ *Roger Vinson*
        **ROGER VINSON**
        **SENIOR UNITED STATES DISTRICT JUDGE**