UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

VICTOR MANUEL CELORIO

    VS                                                      CASE NO. 1:11cv79-RV/GRJ

GOOGLE INC, et al.

## JUDGMENT

This action came before the Honorable Roger Vinson presiding and a decision has been rendered.

Final judgment is entered in favor of Defendant, GOOGLE INC and against Plaintiff, VICTOR MANUEL CELORIO.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

| October 23, 2013 | */s/Donna Bajzik* |
|---|---|
| DATE | Deputy Clerk: Donna Bajzik |