# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

VICTOR MANUEL CELORIO

    VS                                CASE NO.  1:11CV79- RV/GRJ

GOOGLE INC

**REFERRAL AND ORDER**

Referred to Judge Vinson on  11/4/2013
Type of Motion/Pleading MOTION for Taxation of Costs
Filed by: Defendant          on 11/4/13     Doc. No. 172
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
Plaintiff                    on 11/12/13    Doc. No. 173
                             on             Doc. No.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *Sylvia Williams*
Deputy Clerk: Sylvia Williams

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 12th day of November, 2013, that:

(a) The requested relief is GRANTED as taxable costs for the prevailing party, but not under Rule 68, Fed.R.Civ.P.

(b) _____

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE